VON S. HEINZ
Nevada Bar No. 859
vheinz@lrlaw.com
Las Vegas, Nevada 89101
LEWIS AND ROCA LLP
Suite 600
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8351 (fax)

Attorneys for Plaintiff
LAS VEGAS SANDS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SANDS, LLC, a Nevada Limited Liability Company, d/b/a Venetian Resort Hotel Casino,<br><br>                    Plaintiff,<br><br>vs.<br><br>AMINE T. NEHME, an individual,<br><br>                    Defendant. | Case No. 2:07-CV-01012-GMN-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED between plaintiff Las Vegas Sands, LLC d/b/a Venetian Resort Hotel Casino (the "Venetian"), by its attorney Von S. Heinz of Lewis and Roca LLP, and defendant Amine T. Nehme ("Nehme"), by his attorney Gary Logan of the Law Offices of Gary Logan, that the Venetian's complaint and all claims and causes of action expressed therein shall be

. . .

. . .

. . .

. . .

. . .

. . .

and hereby are dismissed with prejudice against Nehme, each party to bear its/his own attorneys' fees and costs.

| | |
|---|---|
| LEWIS AND ROCA LLP | LAW OFFICES OF GARY LOGAN |
| By /s/ Von S. Heinz<br>VON S. HEINZ<br>Nevada Bar No. 859<br>Suite 600<br>3993 Howard Hughes Parkway<br>Las Vegas, Nevada 89169<br>Attorneys for Plaintiff<br>LAS VEGAS SANDS, LLC<br>Dated: November 17, 2011 | By /s/ Gary Logan<br>GARY LOGAN<br>Nevada Bar No. 0302<br>300 South Fourth Street #701<br>Las Vegas, Nevada 89101<br>Attorney for Defendant<br>AMINE T. NEHME<br>Dated: November 17, 2011 |

**IT IS SO ORDERED** this 18th day of November, 2011.

_____
Gloria M. Navarro
United States District Judge

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

603863.1